UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aimee Wickland,

Plaintiff,

v.

Inflow, Inc., a Delaware Corporation,

Defendant.

Case Number: 01-1660RKK/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER**

IT IS HEREBY STIPULATED by the Parties, through their respective counsel, that the time for Defendant to answer, plead, move or otherwise respond to Plaintiff's Complaint is extended to and includes October 15, 2001. This Stipulation is without waiver of any rights of any party.

Date: 9/28, 2001

NEATON, PUKLICH & KLASSEN

By: [signature]
John A. Klassen (#24434X)
601 Carlson Parkway
Suite 620
Minnetonka, Minnesota 55420
Telephone: (952) 258-8444

**ATTORNEYS FOR PLAINTIFF AIMEE WICKLAND**

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: ~~September~~ October 2, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: [signature]
Kathleen M. Mahoney (#66588)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 605-7100

**ATTORNEYS FOR DEFENDANT INFLOW, INC.**

IT IS SO ORDERED:

Dated: October 3, 2001

[signature]
The Honorable Susan R. Nelson
United States Magistrate Judge