UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Aimee Wickland,

Plaintiff,

vs.

Inflow, Inc., a Delaware corporation,

Defendant.

Civil No. 01-1660 (RHK/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Aimee Wickland and defendant Inflow, Inc., that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED that a judgment of dismissal with prejudice may be entered pursuant to the Stipulation without further notice.

Date: 9/5/02

NEATON, PUKLICH & KLASSEN

By: ______________________
John A. Klassen (#24434X)
601 Carlson Parkway, Suite 620
Minnetonka, Minnesota 55305
Telephone: (952) 258-8444

**ATTORNEYS FOR PLAINTIFF**

Date: 9/6/02

LARSON • KING, LLP

By: ______________________
Kathleen M. Mahoney (#66588)
Minnesota World Trade Center, Suite 2800
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500

**ATTORNEYS FOR DEFENDANT**

SEP 09 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 09 2002
DEPUTY CLERK ______

IT IS SO ORDERED.

Date: 9/9/02

BY THE COURT:

RICHARD H. KYLE
United States District Court Judge